IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JERRY LEE LEWIS, JUDITH LEWIS,
and JERRY LEE LEWIS, III                                              PLAINTIFFS

V.                                         CIVIL ACTION NO. 3:17-CV-00180-NBB-RP

HOWARD EZEKIEL LOFTIN,
PHOEBE LEWIS-LOFTIN, MYRA
WILLIAMS, PONT NEUF, INC., a Mississippi Corporation,
PONT NEUF, INC., a Tennessee Corporation,
and DOES 1-8, Inclusive                                               DEFENDANTS

EZEKIEL ASA LOFTIN, XII, PHOEBE
LEWIS-LOFTIN, and MYRA WILLIAMS                          COUNTER-PLAINTIFFS

V.

JUDITH LEWIS, JERRY LEE LEWIS, III,
LORI LEE LEWIS LANCASTER,
and JOSEPH D. BARTON d/b/a JOE
BARTON LAW FIRM                                              COUNTER-DEFENDANTS

## ORDER

This cause comes before the court upon Defendants' Motion for Partial Summary Judgment and Plaintiffs' Motion to Defer Consideration of Defendants' Motion for Summary Judgment. Since the filing of the aforementioned motions, Plaintiffs have been granted leave to file an amended complaint. Accordingly, the court finds that the motions, as presented, are not well-taken and are, therefore, **DENIED as MOOT**. Defendants may choose to re-urge their motion at a later time once the parties have had a reasonable opportunity to conduct discovery.

**SO ORDERED AND ADJUDGED** this, the 20th day of December, 2017.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**