

**Ezekiel Asa Loftin XII**
23 hrs · Lynchburg, VA

I just read a hideous interview that embarrasses me very badly and only by association with the people doing the interview through marriage am I involved. I personally think Elvis and Priscilla Presley were/are lovely people and to have a member of my family slam them was malicious and hateful "people who live in glass houses," should keep their opinions to themselves. This was all about the new wife who has drug and "drugged," everyone down into the lowest-wallows of white trash.

The vultures are circling waiting to pick bones and nobody can do a damn thing to help. At least this reporter told about old wife number 8, telling the reporters that it upset Jerry to talk about past wives so not to bring them up, nor my wife his only real child that is alive.

Apparently it didn't work because there was my mother-in-law Myra (Lewis) Williams in the article and with photos to boot. Hundreds of negative comments follow the article which are in defense of the mud-slinging fest against other wives of "the Killer," Pricilla & Elvis Presley and pointing out the fact that someone's balls seem to be in the new wife's pocket and so many lies have been told the reporter could not even get the story straight.

And in the end New Wife Number 8, you will realize that Myra and Priscilla, June etc. are the only SUN Records wives most of the public give a shit about. You will be the nobody you were before only older, fatter and exposed for what you really are.

At least we now know; you tell the writers not to mention my wife Phoebe Lewis, (Jerry's only biological child and you play up the child/grandchild who did not pass the DNA test just to hurt her.)

Honey, as long as you are the one bringing home the "groceries," from the pharmacy you may have control over a very iconic old man but your crimes are not going unnoticed.

I wish now that I had spilled my guts to The Enquirer but out of respect for Jerry Lee (which I still had an ounce of at the time,) I told them I could not talk to them about your elder abusing, gold-digging ass.

EXHIBIT
tabbies
F

I have been watching all of you grovel for money. have wills changed dispense legal dope in excess and NONE of you have a righteous rock to throw at anyone else's family period.

Keep on that rant and see how much attention you get. You are illiterate. tacky and I am glad hundreds of people took the time to comment and point out just what trash you are Judith. I apologize to the Presley family/friends/fans on behalf of my wife and I. though we were not there during this slam-fest. And you even managed to make Elton John sound like a fool. I am so glad the writer told the world about your preemptive speech to him. Wow, that was classy.

The words "red-eyes," and "slurred speech," were two of the adjectives used by that reporter to describe Jerry at the time of the interview and that tipped the hand right off. Jerry never slammed Elvis in front of me. he was actually complimentary towards him. so something has changed since you illegally grabbed the reins and we all know what that was. You are a longtime Pill-billy and care nothing about his life. family. health.

If you were not in MS. you would already be in prison, but your time will come you crass. trashy broad and based on that interview you will hang yourself.

Look at Priscilla and Myra and take notes on how to have a little class even when the circus is out of control. You are dragging Jerry into the dirt and people are ridiculing him due to you.

Like Comment Share



 **Roger Dale Snyder** Rather right or wrong for doing so I just posted a piece on Jerry Lee. Please feel free to comment and elaborate if you wish to do so

Like · 1 hr · Edited

 Write a reply... 

 **Ezekiel Asa Loftin XII** We have gone to authorities on this subject who have cited that in Mississippi there will be no way to intervene and I don't really care other than seeing my wife crying and saying, "I brought that horrible woman into our house and she is killing my daddy." I was THERE. I saw it all play out. It was the most disgusting thing I have ever seen, bar-none. The one who holds the pill bottles has the control and it took my wife a long time to get that man off drugs. I will leave it at that but I saw things...many, many horribly wrong things. As Jerry Lee contemplates his immortality those who are in control of this nightmare have done all but pave the Lewis Ranch in banana peels. Jerry has fallen and broken bones due to that puppy, how many times? How long did that dog stay a puppy and why do you buy a puppy for a man who is at risk of falls? Puppy my eye. Jesus people can you not see this as plain as the nose on your face? We do not want money, or fame, or to add another name to our drop-list. I want to see my wife stop crying and it appears the only way is for you people to help me get the word out that something is and has been very, very wrong. Elvis, Michael and now Jerry will just be allowed to icon themselves to death as greedy, ignorant people stand idly by lining their pockets. We would not allow a wino to shoot himself in the head but we allow this criminal to abuse, manipulate and warp an old man into complete delusion and anyone who can look away now is aware that a crime is being committed whether you see it or not. He deserves better than this. My wife deserves better than this. Those of you who helped create this mess should help clean it up. If I had known that Phoebe falling in love with me would have ever allowed that woman to do what she did I swear I would have never shown up at that ranch. I saw him before and I see him now and it is not even remotely the same man.

Like · Reply · 2 hrs · Edited

 **David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal questions. He has always seemed t... See More

Like · Reply · 1 · 13 August at 14:02

**Ezekiel Asa Loftin XII** I assure you this is not about money for us. This is not about me. It is about a man being taken advantage of. This is not a new situation for Jerry but the person dispensing medication may have more power than you think. Jerry has never been afraid to talk about his past wives though at times he may be mad at one and not eager to be overly nice to them. He also was very complimentary of Elvis saying they were not enemies and even friends to some degree. Phoebe said he has been on many an Elvis rant and the catalyst is not one that this man should even be dealing with at this stage of his life. Trust me when I tell you that though Jerry should be more aggressive in righting some wrongs he is not even aware of what she does behind his back and probably does not care as long as she is providing him with the things he needs. He watches a lot of TV and after this rant oddly enough he finally answered the phone when Phoebe called. A coincidence? Not on your life. Now that being said I am unfortunately unable to tell you all I know but the truth will come out and if not today tomorrow and if not this month next month and if all else fails the whole world will one day have it in their face and it will not be pretty. She has done so much to hurt his image during their short marriage and it took Phoebe a lot of fighting to help him out of his last marriage which required 24 hour armed guards stationed in the living room. It is very sad that his supposed son turned out to be, not his and that Judith seems to be indicating the DNA tests were wrong. They are pretty exact tests. But Jerry might well want to believe what he is being told and I understand that but it does not make the people doing that anything but manipulators.

Like · Reply · 5 · 13 August at 21:27

**Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but that does affect me and hurting my wife is a dangerous occupation.

Like · Reply · 2 · 13 August at 21:28

 Candace Tsarnas replied · 2 Replies

 **Ezekiel Asa Loftin XII** My wife is the only one who loves her daddy the rest live off of him like leaches. Do you honestly think there is another Lewis who would be talented enough to grace a stage without riding the Lewis name?
Like · Reply · 4 · 4 hrs

**Bernadette Sparks O'malley** Again, I say I do not know any of you----but that being said----all I see is his wife, and I say that loosely, pushing him more and more. I will see him in NYC in Oct. I wish you and Phoebe would be there.I would be honored to meet the both of you. God willing.
Like · Reply · 1 · 4 hrs

**Steve Chapman** I just want to say a couple of things:
High 5 to you Zeke for being big enough to offer an apology for something you had no control over. That is a Man.
Second, I don't know Jerry Lee, but as much as I enjoy all he created as an artist, his finest work is his part in creating (along with her mom) a beautiful soul named Phoebe
And last, there is a book (The Book) of Books that says those that behave for I'll gooten gain have gold and silver that is corroded, will testify against them and eat their flesh like fire.
Peace and Blessings
Like · Reply · 1 · 3 hrs

**Roger Dale Snyder** Love you cutting that piece of crap down to size. My Heart goes out to Jerry Lee because of All the Leaches clinging to him and chipping away the Man he once was. My Love and Respects to Phoebe and Her late Mother Myra and You Zeke for standing up for them like the Man you are !
Like · Reply · 3 hrs

**Ezekiel Asa Loftin XII** Hey Roger thanks but Myra is still alive and well. She went on to become Vice President/Owner of a successful real estate company and is as charming and beautiful a mother in law as a man could have. She is not brash and loud like the other wives and I... See More
Like · 1 · 2 hrs

**Roger Dale Snyder** Thanks I never knew that Sorry Myra for killin ya . Talk to her tell her sorry from me. Well I read excerpts from that last book you two were still living in Mississippi when it came out I believe. Man did it sux bad you could tell it was from them rea... See More
Like · 2 hrs

**Roger Dale Snyder** Oh it was one year ago today I got my Twisted South Magazine t shirt in the mail. I love it still
Like · 1 · 2 hrs

**Ezekiel Asa Loftin XII** Thanks Roger she will understand. Her private life has had people think that before so you are not the first person to "kill," her. I still love those Twisted shirts too. A lot of cool people wore those shirts, famous or not. I am honored that you still wear it.
Like · 1 · 1 hr

Like · Reply · 3 · 11 hrs


Ezekiel Asa Loftin XII Phoebe did not read the article I did give her a few quotes and he said her daddy only goes off on those tirades when he is high. Myra has read it and I assure you she thought it was a low class mess and Judith is certainly no Priscilla Presley. Myra said Priscilla had more class in her little finger than Judith had in her entire body. Myra said she was glad people could now get a glimpse of what has really been going on. Judith told Harper Collins and Rick Bragg not to have Phoebe in the book. Can you believe a publisher/writer has such little fucking integrity to write the same old shit with a few new, pretty adjectives. That was not a book it was a farce. There will be books that tell the truth I assure you that money is nouns motivator either.

Like · 5 hrs


Skye Paige So very sad. Love yall!

Like · Reply · 9 hrs


Sue Buckles In the end, we are all just humans. All the talents and all the gifts in the world mean nothing without love. The only genuine purpose is to live a life that truly matters and makes a positive difference. Whatever "riches" the others believe they will receive, they are delusional. Whether heaven or hell, only the person and their God know. I am so sorry that Phoebe has been treated like this. I am so sorry that no one is stepping in to protect her father. When I saw him here in Nashville recently, it seemed obvious to me that he was not well enough to be performing and I had to question why anyone would seem to drag him onto stage. He did not seem to be comfortable or happy to be there to me. My mind and eyes saw a man who just needed his family around him, love and music-- a very fragile man in the final years of his life. True or not, I do no know as I do not pretend to know another's heart and mind. Just my perceptions of the the moment. I do wish someone would investigate his care. This reminds me of the Brian Wilson story and the man who controlled his life until someone stepped up to rescue him. I do not know who will, or can rescue JLL. All I can do is send you both love, respect and support. That you have freely and unconditionally. And I wish you peace. Phoebe, if you haven't had the chance yet, I wish you time to be with your father alone, to speak the love and to know the peace that can come in that moment.

Like · Reply · 2 · 7 hrs


Bernadette Sparks O'malley I do not know any of you personally, but I do know that Phoebe took care of her father for a very long time, she is an inspiration to all young daughters on how to treat their fathers. To me, she gave up much of her young life to be a great daughter and she should hold her head up high---- not many young girls would do what she did----her story should be told.

Like · Reply · 1 · 5 hrs


Ezekiel Asa Loftin XII They said only because he is in the state of Mississippi is she not in jail. They will not do anything no matter what is done at that ranch. The ranch was supposed to go to Phoebe when her uncle died but her cousins derailed that.

Like · Reply · 4 hrs

View 1 more reply


Ezekiel Asa Loftin XII He is completely unaware of his actions and not even responsible for what comes out of his mouth at this point. They will read him the previous sentence and hide the rest of this from him, that is what THEY do to hang on to a vastly sinking ship.

Like · 1 hr


Ezekiel Asa Loftin XII They omit and add and make things up to hold their "mark"

Like · 1 hr

 SarahLily St. Michaels Mouse dont let the bitch bring you and Phoebe down..... it is only castles burning and you and she can turn it around. Keep the faith brother the bitch will burn.....

Like · Reply · 21 hrs

Ezekiel Asa Loftin XII Thank you Sarah

Like · 12 hrs

Dave Young I wish there was something I could do or say to correct all this crap. There is not.

I do know, Y'all do not deserve to be treated like this by a third class babbling idiot.

Hold your course, push forward. This is what has defined you and Phoebe. Now that's how Mississippi sees it.

Like · Reply · 13 hrs

Ezekiel Asa Loftin XII Thank you Dave we love you buddy.

Like · Reply · 1 · 12 hrs

Dave Young Love y'all too. Push on.

Like · Reply · 12 hrs

Chelle Rose it definitely confirmed the truth for me. i remember telling Judith that Christopher Todd Davis had gone to Sun Records while we were at the ranch that day.. she said "Honey.. you tell him.. this IS Sun Records.. he's wasting his money"

and what's up with renting a Rolls to drive up from the "Summer House".. yuk

I was so embarrassed and it's not even my kin. I know Phoebe Lewis doesn't care that she was left out.. but I totally understand how upsetting the TRUTH is.

I saw where the article was shared on the Outlaw Country page. I bit my tongue til it bled.

My grannymom wasn't JLL.. but we dealt with the same issues in our family. After she passed.. it brought the whole family closer than ever minus the one person who got caught in all the drugging and deception.. trying to get will's changed, etc.

At least only the Chief of Police, his officers and a few attorney's know what happened. Having all that mess painted up for public consumption would be dreadful.

I am so sorry.

Kudos to the writer who did a pretty good job writing it close enough to the edge.. so that people could clearly get the picture.

and you KNOW all the Elvis smirks made me roll my eyes. Bitter much?

Both of them should keep those feelings to themselves..

Yes, JLL is/was talented beyond belief.. but Elvis was Elvis and no need to take away or try to tarnish his legacy. She was throwing fuel on that fire too!

not sure where JW is in all this mess.. my hopes are that he's keeping JLL's best interest to heart.. when possible.

love ya'll

Like · Reply · 3 · 11 hrs

their own integrity and sold their souls. He has family riding his coattails who see this going on and since they fear losing their family plan gigging they sit in silence. Don't you think the woman selling fake autographs on the internet for 25.00 (raised to 50.00 later) right after their marriage was not a sign that something was seriously wrong? Just like Elvis, Jerry is being "yes"ed to death and the primary victim is apparently immune to receiving any intervention from the state of Mississippi and the Sheriff of Desoto County who have turned a blind eye to what has transpired. If it were any other citizen that woman would be in jail.

Like · 1 · 2 hrs

Write a reply...

Sue Hayes It is tragic that SHE has ruined things for Jerry and Phoebe. Zeke, you are just telling it like it is! Without the drugs she couldn't control him. Hoping he will see the light before it's too late. Much love to you and Phoebe.

Like · Reply · 3 · 22 hrs

Ezekiel Asa Loftin XII Thank you sweetie we love you.

Like · 12 hrs · Edited

Tosawi Pena Prayers for you and Phoebe. May Gods Angels surrounded and protect all of you and may the truth come to light. Love is stronger than Hate hold onto to Phoebe and hope. - Amen

Like · Reply · 1 · 22 hrs

Carolyn Rose Jerry has and always will be an icon to me and you and Phoebe are wonderful people.

I have had a"taste" of the down right ignore things people say. You are right and it will all come out in the wash. xoxo

Like · Reply · 22 hrs

Ezekiel Asa Loftin XII My hate is more angry disappointment that makes me want justice but sometimes justice comes in ways that are hard to see. It was good that the world got a small sample of just how tragic things have gotten and I am afraid it is too late and the damage may be done. I do not like when arrogance is at the expense of others and the lies are tough to endure.

Like · Reply · 3 · 22 hrs

View 1 more reply

Ezekiel Asa Loftin XII Thank you Tosawi. From Phoebe and I.

Like · 1 · 12 hrs

●●○○○ AT&T 4:35 PM

Ezekiel Asa Loftin XII

Sunday at 10:03 AM · Like · Reply

**Carolyn Rose**
So sad and makes me want to throw up in my mouth! I know you want to knock some teeth into the need state.
Sunday at 8:17 PM · Like · Reply

**Ezekiel Asa Loftin XII**
It is just all so unthinkable I do not think Steven King could have thought this up.
Yesterday at 8:47 AM · Like · 1 · Reply

**Carolyn Rose**
**Ezekiel Asa Loftin XII** , Really I do understand how you and Phoebe feel.
I've had my own horror story to deal with too.
So, write that book.
Yesterday at 10:36 PM · Like · Reply

Write a reply...

**Robert Senerchia**
I feel so bad for my dear friend Jerry Lee Lewis all because of a Bitch!!
Tuesday at 11:12 PM · Like · Reply

**Ezekiel Asa Loftin XII**
I am mad at him but I know drugs played a huge part in this. She was his caregiver and

Write a comment...

Post

                

 ●○○○○ AT&T 4:37 PM

Ezekiel Asa Loftin XII

19

View previous comments...

**Chelle Rose**
hugs pheebs.. the vulchers descended.. such a shame. my heart goes out to you. miss ya'll
Sunday at 1:23 AM · Like · 1 · Reply

**Ezekiel Asa Loftin XII**
They have descended and are ripping flesh, swallowing bone and all.
Yesterday at 8:46 AM · Like · Reply

Write a reply...

**Ron Bailey**
Sad
Sunday at 10:03 AM · Like · Reply

**Carolyn Rose**
So sad and makes me want to throw up in my mouth! I know you want to knock some teeth into the need state.
Sunday at 8:17 PM · Like · Reply

**Ezekiel Asa Loftin XII**
It is just all so unthinkable I do not think Steven King could have thought this up.

Write a comment...

Post

    

56% 5:40 PM

Jerry Lee Lewis sells Maso...

keeps him in the dark and feeds him shit". It is obvious at this point the drugs and constant manipulation has taken it's toll on the man and he has completely lost any grasp he had on reality. And these predators are taking full advantage of the fact that law enforcement and adult protective services did not and are not doing their job with due diligence.

$100.00

**Jerry Lee Lewis sells Mason jars, bottle caps and Rolls at estate sale**

dailymail.co.uk

Like
Comment
Share
9
Write a comment...

56% 5:40 PM

← Jerry Lee Lewis sells Maso...

Jerry pills and keeping him locked away from reality. She has convinced Jerry that Phoebe took some retirement money from him when Judith pried a safe out of a wall and took Phoebe's jewelry and cash from her bedroom which belonged to Jerry and Phoebe. Phoebe never got her money and Judith told Jerry that Phoebe, "stole his money," when the truth is the only person who knows what happened to that money is Judith who flies through it like a wildfire and now has sold most of Jerry's valuables and vehicles and is down to selling Tupperware and bottle caps touched by The Killer. Elder abuse! And that bastard child Jerry Lee Lewis III is right there selling it. When his mother (JLLIII's mom, Kerrie-the wife before this train wreck, another train wreck,) decided to sell Jerry and Phoebe's stuff she had stolen after the statute of limitations to be prosecuted for theft was up at another garage sale about 5 years ago Jerry Lee Lewis III let me know his mom was about to sell the stuff she had stolen from Phoebe if I wanted to go buy it back at her yard sale. Can you believe these people? They should burn in hell!

When a longtime employee was fired by Judith he stated. "Judith keeps Jerry Lee like a mushroom. She keeps him in the dark and feeds him shit". It is obvious

Write a comment... 

  



WHITE TRASH GARAGE SALE BY PARASITICAL GROUP DOPING AND ABUSING OLD MAN

Jerry probably had no idea the sale was even going on. This is the ultimate White Trash Parasite sale. After taking all of Phoebe's jewelry stored at the house Judith was told by Jerry Lee, to send back the one ring he bought her for her 16th birthday after Phoebe called her daddy intears on the phone and telling him Judith had taken everything she had. The ring had been resized so huge by Judith it looked like a big toe ring and just fell right off of Phoebe's hand. Jerry Lee Lewis III who was found to NOT be Jerry Lee Lewis's biological child by a DNA test performed during his divorce yet he clais to be his biological child. Now that horrible woman who is claiming to b Jerry Lee Lewis's daughter has been brought into the circle by Judith. You know the child (now grown) whose mother never got her a DNA test because she knew Lori was not his child. Now Judith is telling Jerry and everyone Lori is his biological child and that is bullshit. Remember Lori Lee, who the judge called a, "walking zombie," after she got so doped up she rolled over on her own baby and smothered it to death. Now she is in the house with the rest of that trash feeding Jerry pills and keeping him locked away from reality

Write a comment... 

  

●○○○○ AT&T 4:38 PM

Ezekiel Asa Loftin XII

**Lesley LaRoe**
Parasites. So sorry for Phoebe. She was by his side for so many years...
Saturday at 4:22 PM · Like · Reply

**Ezekiel Asa Loftin XII**
Yes and though Phoebe hired Rick Bragg to do Jerry's autobiography Judith threatened to kill the project if any photos of Phoebe were included in the book and being his only biological child, manager for over 10 years, there is not one photo of her in the book! Judith always comes out of that bedroom that was equipped with baby montiors for her to listen in saying, "jerry Said." She has told Jerry so many awful horrible things about Phoebe that are simply untrue but the truth is he could have figured out what type of people he has surrounded himself with.
Yesterday at 1:02 PM · Like · Reply

**Ezekiel Asa Loftin XII**
To turn wrongfully against one's own child? What exactly would/could make a man do that? I actually know the answer to that.
Yesterday at 1:03 PM · Like · Reply

Write a reply...

Write a comment...

Post

                

 Ezekiel Asa Loftin XII
1 min ·

If any member of the Lewis family (by marriage most likely,) has demanded you give up your rights to post your opinion or threatened you with legal action for doing so please write me privately. It is illegal for people to undermine your right to freedom of speech. I do feel strongly about this. I will let them screw with me a bit but draw the line at people threatening my friends for expressing their rights to free speech.

Like
Comment
Share

 **Carolyn Rose** So you and Phoebe tell. Judith to blazes.
Like · Reply · 1 · 10 August at 15:59

**Roger Dale Snyder** Who's Judith again
Like · Reply · 1 · 10 August at 19:59

Roger Dale Snyder replied · 2 Replies

**Ezekiel Asa Loftin XII** This comment says it all. Only the mentally challenged or delusional could not come to the conclusion that she is Satan and he is in hell and doesn't know it. Look up the definition of "grifter."
Like · Reply · 3 · 11 August at 15:54

**Ezekiel Asa Loftin XII** Now she is threatening to sue my friends. Yeah Judith lets get you in front of a judge, OH PLEASE!!!!!!!
Like · Reply · 1 · 11 August at 16:02

**Roger Dale Snyder** She threatened me which I didn't care about But when she said she'd fk with you Zeke I folded and deleted my post
Like · Reply · 11 August at 16:27

**Ezekiel Asa Loftin XII** This is how she keeps up her charade. She is not even a friend on my page does that tell you anything about how she plots, plans and manipulates.
Like · Reply · 11 August at 16:31

**Roger Dale Snyder** I went to her fb page and Bocked her but a C like her probably has many names and fb pages
Like · Reply · 11 August at 16:35

**Ezekiel Asa Loftin XII** Yes she has her little minions. Just preface your statements with "In my opinion..." and she can't do shit, not that she really wants to open the real can of worms anyway.
Like · Reply · 11 August at 16:36

**Roger Dale Snyder** I suggested a investigation by the proper authorities look into possible abuse by those in charge of his physical and mental wellbeing.
Like · Reply · 11 August at 16:40

 **Susan Michelle** I'm sure the judge will be happy about wasting the courts time . You sure do attract the nuts ..these people don't even deserve your time

Like · Reply · 12 August at 02:53

Write a reply...

**Ezekiel Asa Loftin XII** And yes she has people copying my facebook posts. "Poppies make you sleepy." - The Wicked Witch in the Wizard of Oz."

Like · Reply · 11 August at 16:12

**Ezekiel Asa Loftin XII** Don't let her make you a flying monkey. Stick to your guns. Please.

Like · Reply · 2 · 11 August at 16:12

**Ezekiel Asa Loftin XII** I am going to sue her if she continues to harass my friends. This is America and I have a right to tell the truth as do others. The very fact that she is texting/calling people is enough to show you where her head is at. I hope the Presley's sue her!

Like · Reply · 3 · 11 August at 16:29

**Ezekiel Asa Loftin XII** I sent this to Priscilla. This is not a hidden blog. I made it public because he is a public figure and she has made herself one. If she wants to sue go look at what people are saying about her in the comments in that article. Is she going to sue 100's of people?

Like · Reply · 1 · 11 August at 16:56

**Carolyn Rose** Let's fix her up with my brother! Satan meets minion. Woohoo! Buy your tickets now.

Like · Reply · 11 August at 16:35

**Ezekiel Asa Loftin XII** BTW, Jerry has been openly talking about his wives for decades.

Like · Reply · 2 · 11 August at 16:37

 **David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal questions. He has always seemed t... See More

Like · Reply · 1 · 13 August at 14:02

**Ezekiel Asa Loftin XII** I assure you this is not about money for us. This is not about me. It is about a man being taken advantage of. This is not a new situation for Jerry but the person dispensing medication may have more power than you think. Jerry has never been afraid to talk about his past wives though at times he may be mad at one and not eager to be overly nice to them. He also was very complimentary of Elvis saying they were not enemies and even friends to some degree. Phoebe said he has been on many an Elvis rant and the catalyst is not one that this man should even be dealing with at this stage of his life. Trust me when I tell you that though Jerry should be more aggressive in righting some wrongs he is not even aware of what she does behind his back and probably does not care as long as she is providing him with the things he needs. He watches a lot of TV and after this rant oddly enough he finally answered the phone when Phoebe called. A coincidence? Not on your life. Now that being said I am unfortunately unable to tell you all I know but the truth will come out and if not today tomorrow and if not this month next month and if all else fails the whole world will one day have it in their face and it will not be pretty. She has done so much to hurt his image during their short marriage and it took Phoebe a lot of fighting to help him out of his last marriage which required 24 hour armed guards stationed in the living room. It is very sad that his supposed son turned out to be, not his and that Judith seems to be indicating the DNA tests were wrong. They are pretty exact tests. But Jerry might well want to believe what he is being told and I understand that but it does not make the people doing that anything but manipulators.

Like · Reply · 5 · 13 August at 21:27

**Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but that does affect me and hurting my wife is a dangerous occupation.

Like · Reply · 2 · 13 August at 21:28

↳  Candace Tsarnas replied · 2 Replies

 **Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but that does affect me and hurting my wife is a dangerous occupation.

Like · Reply · 2 · 13 August at 21:28

**David Gouge** I am 100% on you and Phoebe's side Zeke. I don't know the two of you personally, but look up to you both and love following you on facebook. I feel bad for the situation going on, it's sad 🙁. I pray that it all works out. I can tell you are a good gu... See More

Like · Reply · 13 August at 21:46 · Edited

**Candace Tsarnas** This is such a sad situation..happens in so many families.. I would like to see the list of meds that she is giving him. I wish an investigation could be done. When I heard the JLL 3 (LOL) is "managing" Cafe on Beale St. I about got sick. Blessings to yourself and Phoebe.

Like · Reply · 15 August at 05:33

**Carolyn Rose** Let's fix her up with my brother! Satan meets minion. Woohoo! Buy your tickets now.

Like · Reply · 11 August at 16:35

**Ezekiel Asa Loftin XII** BTW, Jerry has been openly talking about his wives for decades.

Like · Reply · 2 · 11 August at 16:37

**Carolyn Rose** Sounds like she is doing most of the taLking now.

Like · Reply · 13 August at 23:33

Write a reply...

**Nancy Apple** I am so sorry that yet again, hell has reared it's ugly head... please tell Pheeeebs I love and miss her

Like · Reply · 11 August at 17:21

**Robert Senerchia** This big old Italian guy from Rhode Island has been right from day one!

Like · Reply · 1 · 11 August at 19:07

**Jeffrey Prater** All I can say in my opinion this woman whom claims to be a Christian has not read her Bible. The Bible says not to sue. Why does she get a pass? I'm just curious. When she threatens people that is basically a way of "bullying". I'm not afraid of her no... See More

Like · Reply · 13 August at 05:51

Nancy Apple replied · 1 Reply

**David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal



Lesley LaRoe This is so tragic, Zeke. Money can bring out the worst in those who don't earn it so they can swindle those that did. I wish you and Phoebe well, and I hope the vultures get their due.
Like · Reply · 23 hrs

Ezekiel Asa Loftin XII One day there will be an investigation and it will all come out. Unfortunately due to the unwillingness of a state to enforce the law it will take a tragedy to bring about the ugly, ugly truth and that is something the Presley family can more than likely empathize with and hopefully forgive some words that were in my opinion said under the shadow of various negative influences.
Like · 23 hrs

Ezekiel Asa Loftin XII Since the press is getting dosed with bullshit, I am spreading the manure a bit from my end.
Like · Reply · 2 · 23 hrs

Victoria Farrington try not to let them get you and your Phoebe down
Like · Reply · 2 · 23 hrs

Tony Papard It was very sad Phoebe was not mentioned, and Kerrie's son and grandson were. Phoebe did so much for her dad. Also, as you've mentioned before, there seems to have been another wife. Whether legal or not.
Like · Reply · 2 · 23 hrs

Ezekiel Asa Loftin XII Now we know she tells the press not to ask or mention certain people and things. What a sad, old, trashy woman.
Like · 2 · 23 hrs

Ezekiel Asa Loftin XII The mention in the article is not important to Phoebe. The fact that Judith is/has been on a manic mission to destroy her relationship with her father and manipulating fans and press prior to Jerry even entering a room is really, really sad. Judith's o... See More
Like · 2 · 23 hrs

Tony Papard Jerry Lee's a great performer,but his personal life, like that of so many other celebrities, leaves a lot to be desired. Not all fans think he can do no wrong. He has also been incredibly lucky not to seriously fall foul of the law on several occasions. I won't go into details here though.
Like · 1 · 6 hrs

Ezekiel Asa Loftin XII Jeffrey Prater thank you for seeing the Emperor had no clothes and saying so. And Tony Papard the supposed minority of longtime fans who have enabled this by allowing that woman to use them in exchange for access are as guilty as anyone else for anything that happens and have notched

●●○○○ AT&T 4:35 PM

Ezekiel Asa Loftin XII

Sunday at 10:03 AM · Like · Reply

**Carolyn Rose**
So sad and makes me want to throw up in my mouth! I know you want to knock some teeth into the need state.
Sunday at 8:17 PM · Like · Reply

**Ezekiel Asa Loftin XII**
It is just all so unthinkable I do not think Steven King could have thought this up.
Yesterday at 8:47 AM · Like · 1 · Reply

**Carolyn Rose**
**Ezekiel Asa Loftin XII** , Really I do understand how you and Phoebe feel. I've had my own horror story to deal with too.
So, write that book.
Yesterday at 10:36 PM · Like · Reply

Write a reply...

**Robert Senerchia**
I feel so bad for my dear friend Jerry Lee Lewis all because of a Bitch!!
Tuesday at 11:12 PM · Like · Reply

**Ezekiel Asa Loftin XII**
I am mad at him but I know drugs played a huge part in this. She was his caregiver and

Write a comment...

Post

            



 19

View previous comments...

**Chelle Rose**
hugs pheebs.. the vulchers descended.. such a shame. my heart goes out to you. miss ya'll
Sunday at 1:23 AM · Like ·  1 · Reply

**Ezekiel Asa Loftin XII**
They have descended and are ripping flesh, swallowing bone and all.
Yesterday at 8:46 AM · Like · Reply

Write a reply...

**Ron Bailey**
Sad
Sunday at 10:03 AM · Like · Reply

**Carolyn Rose**
So sad and makes me want to throw up in my mouth! I know you want to knock some teeth into the need state.
Sunday at 8:17 PM · Like · Reply

**Ezekiel Asa Loftin XII**
It is just all so unthinkable I do not think Steven King could have thought this up.

 Write a comment...  

    

56% 5:40 PM

Jerry Lee Lewis sells Maso...

keeps him in the dark and feeds him shit". It is obvious at this point the drugs and constant manipulation has taken it's toll on the man and he has completely lost any grasp he had on reality. And these predators are taking full advantage of the fact that law enforcement and adult protective services did not and are not doing their job with due diligence.

**Jerry Lee Lewis sells Mason jars, bottle caps and Rolls at estate sale**

dailymail.co.uk

Like Comment Share

9

Write a comment...

56% 5:40 PM

Jerry Lee Lewis sells Maso...

Jerry pills and keeping him locked away from reality. She has convinced Jerry that Phoebe took some retirement money from him when Judith pried a safe out of a wall and took Phoebe's jewelry and cash from her bedroom which belonged to Jerry and Phoebe. Phoebe never got her money and Judith told Jerry that Phoebe, "stole his money," when the truth is the only person who knows what happened to that money is Judith who flies through it like a wildfire and now has sold most of Jerry's valuables and vehicles and is down to selling Tupperware and bottle caps touched by The Killer. Elder abuse! And that bastard child Jerry Lee Lewis III is right there selling it. When his mother (JLLIII's mom, Kerrie-the wife before this train wreck, another train wreck,) decided to sell Jerry and Phoebe's stuff she had stolen after the statute of limitations to be prosecuted for theft was up at another garage sale about 5 years ago Jerry Lee Lewis III let me know his mom was about to sell the stuff she had stolen from Phoebe if I wanted to go buy it back at her yard sale. Can you believe these people? They should burn in hell!

When a longtime employee was fired by Judith he stated. "Judith keeps Jerry Lee like a mushroom. She keeps him in the dark and feeds him shit". It is obvious

Write a comment... 



WHITE TRASH GARAGE SALE BY PARASITICAL GROUP DOPING AND ABUSING OLD MAN

Jerry probably had no idea the sale was even going on. This is the ultimate White Trash Parasite sale. After taking all of Phoebe's jewelry stored at the house Judith was told by Jerry Lee, to send back the one ring he bought her for her 16th birthday after Phoebe called her daddy intears on the phone and telling him Judith had taken everything she had. The ring had been resized so huge by Judith it looked like a big toe ring and just fell right off of Phoebe's hand. Jerry Lee Lewis III who was found to NOT be Jerry Lee Lewis's biological child by a DNA test performed during his divorce yet he clais to be his biological child. Now that horrible woman who is claiming to b Jerry Lee Lewis's daughter has been brought into the circle by Judith. You know the child (now grown) whose mother never got her a DNA test because she knew Lori was not his child. Now Judith is telling Jerry and everyone Lori is his biological child and that is bullshit. Remember Lori Lee, who the judge called a, "walking zombie," after she got so doped up she rolled over on her own baby and smothered it to death. Now she is in the house with the rest of that trash feeding Jerry pills and keeping him locked away from reality

Write a comment...                    

                    

**Lesley LaRoe**
Parasites. So sorry for Phoebe. She was by his side for so many years...
Saturday at 4:22 PM · Like · Reply

**Ezekiel Asa Loftin XII**
Yes and though Phoebe hired Rick Bragg to do Jerry's autobiography Judith threatened to kill the project if any photos of Phoebe were included in the book and being his only biological child, manager for over 10 years, there is not one photo of her in the book! Judith always comes out of that bedroom that was equipped with baby montiors for her to listen in saying, "jerry Said." She has told Jerry so many awful horrible things about Phoebe that are simply untrue but the truth is he could have figured out what type of people he has surrounded himself with.
Yesterday at 1:02 PM · Like · Reply

**Ezekiel Asa Loftin XII**
To turn wrongfully against one's own child? What exactly would/could make a man do that? I actually know the answer to that.
Yesterday at 1:03 PM · Like · Reply

Write a reply...

Write a comment...

Post

         

 Ezekiel Asa Loftin XII
1 min ·

If any member of the Lewis family (by marriage most likely,) has demanded you give up your rights to post your opinion or threatened you with legal action for doing so please write me privately. It is illegal for people to undermine your right to freedom of speech. I do feel strongly about this. I will let them screw with me a bit but draw the line at people threatening my friends for expressing their rights to free speech.

Like
Comment
Share

 **Carolyn Rose** So you and Phoebe tell. Judith to blazes.
Like · Reply · 1 · 10 August at 15:59

**Roger Dale Snyder** Who's Judith again
Like · Reply · 1 · 10 August at 19:59

Roger Dale Snyder replied · 2 Replies

**Ezekiel Asa Loftin XII** This comment says it all. Only the mentally challenged or delusional could not come to the conclusion that she is Satan and he is in hell and doesn't know it. Look up the definition of "grifter."
Like · Reply · 3 · 11 August at 15:54

**Ezekiel Asa Loftin XII** Now she is threatening to sue my friends. Yeah Judith lets get you in front of a judge, OH PLEASE!!!!!!!
Like · Reply · 1 · 11 August at 16:02

**Roger Dale Snyder** She threatened me which I didn't care about But when she said she'd fk with you Zeke I folded and deleted my post
Like · Reply · 11 August at 16:27

**Ezekiel Asa Loftin XII** This is how she keeps up her charade. She is not even a friend on my page does that tell you anything about how she plots, plans and manipulates.
Like · Reply · 11 August at 16:31

**Roger Dale Snyder** I went to her fb page and Bocked her but a C like her probably has many names and fb pages
Like · Reply · 11 August at 16:35

**Ezekiel Asa Loftin XII** Yes she has her little minions. Just preface your statements with "In my opinion..." and she can't do shit, not that she really wants to open the real can of worms anyway.
Like · Reply · 11 August at 16:36

**Roger Dale Snyder** I suggested a investigation by the proper authorities look into possible abuse by those in charge of his physical and mental wellbeing.
Like · Reply · 11 August at 16:40

 **Susan Michelle** I'm sure the judge will be happy about wasting the courts time . You sure do attract the nuts ..these people don't even deserve your time

Like · Reply · 12 August at 02:53

Write a reply...

**Ezekiel Asa Loftin XII** And yes she has people copying my facebook posts. "Poppies make you sleepy." - The Wicked Witch in the Wizard of Oz."

Like · Reply · 11 August at 16:12

**Ezekiel Asa Loftin XII** Don't let her make you a flying monkey. Stick to your guns. Please.

Like · Reply · 2 · 11 August at 16:12

**Ezekiel Asa Loftin XII** I am going to sue her if she continues to harass my friends. This is America and I have a right to tell the truth as do others. The very fact that she is texting/calling people is enough to show you where her head is at. I hope the Presley's sue her!

Like · Reply · 3 · 11 August at 16:29

**Ezekiel Asa Loftin XII** I sent this to Priscilla. This is not a hidden blog. I made it public because he is a public figure and she has made herself one. If she wants to sue go look at what people are saying about her in the comments in that article. Is she going to sue 100's of people?

Like · Reply · 1 · 11 August at 16:56

**Carolyn Rose** Let's fix her up with my brother! Satan meets minion. Woohoo! Buy your tickets now.

Like · Reply · 11 August at 16:35

**Ezekiel Asa Loftin XII** BTW, Jerry has been openly talking about his wives for decades.

Like · Reply · 2 · 11 August at 16:37

 **David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal questions. He has always seemed t... See More

Like · Reply · 1 · 13 August at 14:02

**Ezekiel Asa Loftin XII** I assure you this is not about money for us. This is not about me. It is about a man being taken advantage of. This is not a new situation for Jerry but the person dispensing medication may have more power than you think. Jerry has never been afraid to talk about his past wives though at times he may be mad at one and not eager to be overly nice to them. He also was very complimentary of Elvis saying they were not enemies and even friends to some degree. Phoebe said he has been on many an Elvis rant and the catalyst is not one that this man should even be dealing with at this stage of his life. Trust me when I tell you that though Jerry should be more aggressive in righting some wrongs he is not even aware of what she does behind his back and probably does not care as long as she is providing him with the things he needs. He watches a lot of TV and after this rant oddly enough he finally answered the phone when Phoebe called. A coincidence? Not on your life. Now that being said I am unfortunately unable to tell you all I know but the truth will come out and if not today tomorrow and if not this month next month and if all else fails the whole world will one day have it in their face and it will not be pretty. She has done so much to hurt his image during their short marriage and it took Phoebe a lot of fighting to help him out of his last marriage which required 24 hour armed guards stationed in the living room. It is very sad that his supposed son turned out to be, not his and that Judith seems to be indicating the DNA tests were wrong. They are pretty exact tests. But Jerry might well want to believe what he is being told and I understand that but it does not make the people doing that anything but manipulators.

Like · Reply · 5 · 13 August at 21:27

**Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but that does affect me and hurting my wife is a dangerous occupation.

Like · Reply · 2 · 13 August at 21:28

↳  Candace Tsarnas replied · 2 Replies

 **Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but that does affect me and hurting my wife is a dangerous occupation.

Like · Reply · 2 · 13 August at 21:28

**David Gouge** I am 100% on you and Phoebe's side Zeke. I don't know the two of you personally, but look up to you both and love following you on facebook. I feel bad for the situation going on, it's sad 🙁. I pray that it all works out. I can tell you are a good gu... See More

Like · Reply · 13 August at 21:46 · Edited

**Candace Tsarnas** This is such a sad situation..happens in so many families.. I would like to see the list of meds that she is giving him. I wish an investigation could be done. When I heard the JLL 3 (LOL) is "managing" Cafe on Beale St. I about got sick. Blessings to yourself and Phoebe.

Like · Reply · 15 August at 05:33

 **Carolyn Rose** Let's fix her up with my brother! Satan meets minion. Woohoo! Buy your tickets now.
Like · Reply · 11 August at 16:35

**Ezekiel Asa Loftin XII** BTW, Jerry has been openly talking about his wives for decades.
Like · Reply · 2 · 11 August at 16:37

**Carolyn Rose** Sounds like she is doing most of the taLking now.
Like · Reply · 13 August at 23:33

Write a reply...

**Nancy Apple** I am so sorry that yet again, hell has reared it's ugly head... please tell Pheeeebs I love and miss her
Like · Reply · 11 August at 17:21

**Robert Senerchia** This big old Italian guy from Rhode Island has been right from day one!
Like · Reply · 1 · 11 August at 19:07

**Jeffrey Prater** All I can say in my opinion this woman whom claims to be a Christian has not read her Bible. The Bible says not to sue. Why does she get a pass? I'm just curious. When she threatens people that is basically a way of "bullying". I'm not afraid of her no... See More
Like · Reply · 13 August at 05:51

Nancy Apple replied · 1 Reply

**David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal questions. He has always seemed t... See More
Like · Reply · 1 · 13 August at 14:02